# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:19-CV-2127-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference set for January 5, 2022, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution of Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: September 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1