IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>Plaintiff,<br><br>v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>Defendants. | No. 2:19-CV-2127-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing on Defendant Kampa's motion to dismiss scheduled for October 6, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: September 29, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1