IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>　　　　Defendants. | No.  2:19-CV-2127-KJM-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to Eastern District of California Local Rule 230(g), the hearing on Plaintiff's motions for default judgment, ECF Nos. 23 and 26, scheduled for hearing on January 26, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and these matters, along with Defendant Kampa's motion to dismiss, ECF No. 10, are submitted on the record and briefs without oral argument.

　　　　IT IS SO ORDERED.

Dated:  January 19, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1