# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:19-CV-2127-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion, ECF No. 31, for an extension of time to file a reply to Defendants' opposition, ECF No 28, to Plaintiff's pending motions for default judgments, ECF Nos. 23, 26. Good cause appearing therefor based on Plaintiff's declaration regarding difficulties with mail service of documents to Defendants and the Court, and based on Plaintiff's filing of reply briefs concurrent with the motion for an extension of time, Plaintiff's motion is granted. Plaintiff's

/ / /
/ / /
/ / /
/ / /
/ / /

1

reply briefs, ECF Nos. 30, 31, are deemed timely.  Plaintiff's motions for default judgments, ECF Nos. 23, 26, and Defendants' motion to dismiss, ECF No. 10, which are fully briefed and submitted without oral argument, will be addressed separately.

        IT IS SO ORDERED.

Dated:  March 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE