IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORNBROOK COMMUNITY<br>SERVICES DISTRICT, et al.,<br><br>　　　　Defendants. | No.  2:19-CV-2127-KJM-DMC<br><br><br><br>ORDER |

   Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion for clarification and/or an extension of time.  See ECF No. 40.  Defendants have filed an opposition.

   In her motion, Plaintiff states that she seeks "clarification" of the Court's August 31, 2022, findings and recommendations.  See ECF No. 40.  According to Plaintiff, the findings and recommendations contain various errors of fact and law.  See id. at 1.  To the extent Plaintiff believes the findings and recommendations contain errors, she may so argue in objections to the findings and recommendations, not by way of the instant motion.  In this regard, the docket reflects that despite the Court having previously granted Plaintiff's request for an extension of time to file her objections, she for some reason instead elected to file the instant motion.  Nonetheless, the Court will grant Plaintiff's request for an additional extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for clarification, ECF No. 40, is denied without prejudice to renewing her arguments in objections to the Court's August 31, 2022, findings and recommendations;

2. Plaintiff's motion for an extension of time, ECF No. 40, is granted;

3. The parties may file objections to the Court's August 31, 2022, findings and recommendations within 30 days of the date of this order.

Dated: November 18, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE