**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, PETER KAMPA, HORNBROOK COMMUNITY SERVICES DISTRICT, CLINT DINGMAN, ROBERT PUCKETT, SR., MICHELE HANSON, MELISSA TULLEDO, JULIE BOWLES, and KEVIN DIXON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, REDDING DIVISION

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT; CLINT DINGMAN; ROBERT PUCKETT, SR.; MICHELE HANSON; MELISSA TULLEDO; PETER KAMPA; JULIE BOWLES; and JOHN DOES 1-20,<br><br>　　　　Defendants. | Case No. 2:19-CV-2127-KJM-DMC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(b) AND 12(b)(6)**<br><br>Date:　　August 28, 2023<br>Time:　　10:00 a.m.<br>Crtrm.:　　304 – 3rd Floor<br><br>Judge:　　Hon. Dennis M. Cota<br><br>Trial Date:　　None Set |

TO THE HONORABLE DENNIS M. COTA AND TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, PETER KAMPA, HORNBROOK COMMUNITY SERVICES DISTRICT, CLINT DINGMAN, ROBERT PUCKETT, SR., MICHELE HANSON, MELISSA TULLEDO, JULIE BOWLES, and KEVIN DIXON ("Defendants"), on August 28, 2023, at 10:00 a.m. in Courtroom 304 of the United States District Court, Eastern District of California, Redding Division will and hereby do move this court for an order dismissing all claims against them without leave to amend for failure to state a claim upon

126580256.1                                                     1
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(b) AND 12(b)(6)

1  which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

2      This Motion will be based on this Notice, on the Memorandum of Points and Authorities

3  filed in support of the motion, and such other and further evidence that may be introduced at the

4  Hearing of this Motion.

5  DATED:  July 10, 2023        LEWIS BRISBOIS BISGAARD & SMITH LLP

 

                By:     */s/ Ryan Matthews*
                      RYAN MATTHEWS
                      Attorneys for Defendant, PETER KAMPA, HORNBROOK COMMUNITY SERVICES DISTRICT, CLINT DINGMAN, ROBERT PUCKETT, SR., MICHELE HANSON, MELISSA TULLEDO, JULIE BOWLES, and KEVIN DIXON

