**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, PETER KAMPA, HORNBROOK COMMUNITY SERVICES DISTRICT, CLINT DINGMAN, ROBERT PUCKETT, SR., MICHELE HANSON, MELISSA TULLEDO, JULIE BOWLES, and KEVIN DIXON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, REDDING DIVISION

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>Plaintiff,<br><br>vs.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT; CLINT DINGMAN; ROBERT PUCKETT, SR.; MICHELE HANSON; MELISSA TULLEDO; PETER KAMPA; JULIE BOWLES; and JOHN DOES 1-20,<br><br>Defendants. | Case No. 2:19-CV-2127-KJM-DMC<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(b) AND 12(b)(6)**<br><br>Date:     September 6, 2023<br>Time:    10:00 a.m.<br>Crtrm.:   304 – 3rd Floor<br><br>Judge:   Hon. Dennis M. Cota<br><br>Trial Date:            None Set |

TO THE HONORABLE DENNIS M. COTA AND TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, PETER KAMPA, HORNBROOK COMMUNITY SERVICES DISTRICT, CLINT DINGMAN, ROBERT PUCKETT, SR., MICHELE HANSON, MELISSA TULLEDO, JULIE BOWLES, and KEVIN DIXON ("Defendants"), on **September 6, 2023**, at 10:00 a.m. in Courtroom 304 of the United States District Court, Eastern District of California, Redding Division will and hereby do move this court for an order dismissing all claims against them without leave to amend for failure to state a claim

1  upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

2      This Motion will be based on this Notice, on the Memorandum of Points and Authorities

3  filed in support of the motion, and such other and further evidence that may be introduced at the

4  Hearing of this Motion.

5  DATED: July 11, 2023        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Ryan Matthews*
RYAN MATTHEWS
Attorneys for Defendant, PETER KAMPA, HORNBROOK COMMUNITY SERVICES DISTRICT, CLINT DINGMAN, ROBERT PUCKETT, SR., MICHELE HANSON, MELISSA TULLEDO, JULIE BOWLES, and KEVIN DIXON



# FEDERAL COURT PROOF OF SERVICE
Kimberly R. Olson v. Hornbrook Community Services District, et al.
Case No. 2:19-cv-2127-KJM-DMC

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 11, 2023, I served the following document(s):

- DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 41(B) AND 12(B)(6)

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Kimberly R. Olson<br>PO Box 243<br>Hornbrook, CA 96044 | In Pro Per<br><br>T:<br>F:<br>E: |
|---|---|

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 11, 2023, at Sacramento, California.

                                                      /s/ Alicia Crespo
                                                      Alicia Crespo

