# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON, | No. 2:19-CV-2127-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HORNBROOK COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff has submitted notice of her election to submit Defendants' currently pending motion to dismiss on the briefs without oral argument. Accordingly, the hearing set on Defendants' motion to dismiss for September 6, 2023, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated. The Court will address Defendants' motion to dismiss by separate findings and recommendations.

IT IS SO ORDERED.

Dated: August 25, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1