IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>    Plaintiff,<br><br>  v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>    Defendants. | No.  2:19-CV-2127-DC-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's May 27, 2025, findings and recommendations.  <u>See</u> ECF No. 68. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to Plaintiff's disability and recent complications associated with travel to a law library, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2    1.   Plaintiff's motion for an extension of time, ECF No. 68, is GRANTED.

3    2.   The parties may file objections to the Court's May 27, 2025, findings and
recommendations within 60 days of the date of this order.

Dated:  June 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE