1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KIMBERLY R. OLSON,                        No. 2:19-cv-02127-DC-DMC (PS)

12                  Plaintiff,

13        v.                                     ORDER ADOPTING AMENDED FINDINGS
                                                 AND RECOMMENDATIONS AND
14    HORNBROOK COMMUNITY                        DISMISSING CERTAIN CLAIMS
      SERVICES DISTRICT, et al.,
15                                               (ECF Nos. 51, 67)
                  Defendants.
16

17

18         Plaintiff Kimberly R. Olson proceeds *pro se* in this civil action. The matter was referred to

19    a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On May 27, 2025, the magistrate judge filed amended findings and recommendations

21    herein which were served on the parties, and which contained notice that any objections to the

22    findings and recommendations were to be filed within fourteen days.[1] (ECF No. 67.) On June 10,

23    2025, Plaintiff requested a 60-day extension to file objections to the pending findings and

24    recommendations. (ECF No. 68.) The magistrate judge granted Plaintiff's request on June 13,

---

[1] On March 29, 2024, the magistrate judge issued findings and recommendations recommending
that Defendants' motion to dismiss be granted. (ECF No. 57.) After seeking an extension of time,
Plaintiff filed objections to those findings and recommendations on September 12, 2024. (ECF
No. 63.) Thereafter, the magistrate judge vacated the findings and recommendations issued on
March 29, 2024, and issued amended findings and recommendations on May 27, 2025. (ECF No.
67.)

1  2025. (ECF No. 69.) To date, no objections to the pending findings and recommendations have

2  been filed, and the time in which to do so has now passed.

3          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

5  findings and recommendations are supported by the record and by proper analysis.

6          Accordingly:

7      1.      The findings and recommendations filed May 27, 2025 (ECF No. 67) are

8              ADOPTED in full;

9      2.      Defendants' motion to dismiss (ECF No. 51) is GRANTED IN PART and

10              DENIED IN PART, as described herein;

11      3.      Defendants' motion to dismiss (ECF No. 51) is GRANTED as to the following

12              claims:

13          a.  Federal Claims: Count I and Count IV as to Hornbrook Community Services

14              District's failure to provide emailed materials are dismissed without further

15              leave to amend; and

16          b.  State Claims: Count VI and Count VIII as to any CPRA requests made outside

17              of Plaintiff's October 3, 2019 email are dismissed without further leave to

18              amend;

19      4.      Defendants' motion to dismiss (ECF No. 51) is DENIED as to the following

20              claims:

21          a.  Federal Claims: Count II(a), Count II(b), Count III, and Count IV as to

22              Plaintiff's requests to access facilities; and

23          b.  State Claims: Count I, Count II, Count III, Count IV, Count V(a), Count V(b),

24              Count VII, Count VIII as to Plaintiff's October 3, 2019 email, CPRA request,

25              and Count IX.

26      5.      It is ORDERED that this action proceed on the remaining claims in Plaintiff's first

27              amended complaint:

28          a.  Federal Claims: Count II(a), Count II(b), Count III, and Count IV as to

Plaintiff's requests to access facilities; and

    b.  State Claims: Count I, Count II, Count III, Count IV, Count V(a), Count V(b), Count VII, Count VIII as to Plaintiff's October 3, 2019 email, CPRA request, and Count IX.

6.    This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   __**September 28, 2025**__

_____
Dena Coggins
United States District Judge

3