IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY R. OLSON,<br><br>Plaintiff,<br><br>v.<br><br>HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,<br><br>Defendants. | No. 2:19-CV-2127-DC-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. On September 29, 2025, the District Judge directed the action to proceed on the cognizable claim within Plaintiff's first amended complaint. See ECF No. 70.

Accordingly, Defendants are directed to respond to Plaintiff's first amended complaint, ECF No. 50, in accordance with the findings and recommendations, ECF No. 67, and the District Judge's order, ECF No. 70, within 30 days of this order. All subsequent deadlines shall be in accordance with the Federal Rules of Civil Procedure and Local Rules.

IT IS SO ORDERED.

Dated: December 16, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1