IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

Plaintiff,

v.

HORNBROOK COMMUNITY
SERVICES DISTRICT, et al.,

Defendants.

No.  2:19-CV-2127-DC-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action.  The matter is set for a scheduling conference before the undersigned on March 25, 2026, at 10:00 a.m., via Zoom.  On or before March 18, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated:  January 27, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1