IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY R. OLSON,

Plaintiff,

v.

HORNBROOK COMMUNITY SERVICES DISTRICT, et al.,

Defendants.

No. 2:19-cv-2127-DC-DMC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 81)

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 25, 2026, ECF No. 81, are ADOPTED;

2. This action is dismissed without prejudice for lack of prosecution and failure to

comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: **July 27, 2026**

Dena Coggins
United States District Judge